PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
for
## Middle District of Pennsylvania/Harrisburg
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Robert Kaufmann                    Case Number: 1:CR-01-00342-001
Name of Sentencing Judicial Officer: The Honorable William W. Caldwell
Date of Original Sentence: December 20, 2002
Original Offense: Possession of Unregistered Explosive Devices, 26 USC § 5861(d)
Original Sentence: 46 months imprisonment; 2 years supervised release; $900 fine
Type of Supervision: Supervised Release          Date Supervision Commenced: In local custody

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows:

The defendant shall reside for four (4) months in a community corrections center effective immediately following his sentence of imprisonment and shall abide by the rules of the facility.

### CAUSE

Mr. Kaufmann is scheduled to be released from a Virginia detainer on June 13, 2005, and plans to return to the Middle District of Pennsylvania. Unfortunately, Mr. Kaufmann's family is unsupportive and he has no support system in the area. Therefore, our office considers it essential to Mr. Kaufmann's future success that he reside at a community corrections center immediately following his release from imprisonment. Such a placement would afford Mr. Kaufmann the opportunity to secure employment and a residence.

Mr. Kaufmann's signed Waiver of a Hearing and agreement to the proposed modification is attached.

Respectfully submitted,

by Julie Persinger
U.S. Probation Officer
Date: May 31, 2005

FILED
HARRISBURG, PA

JUN 0 8 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**THE COURT ORDERS:**

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

_____
Date

RECEIVED
JUN -1 2005
U.S. PROBATION OFFICE
HARRISBURG, PA

# UNITED STATES DISTRICT COURT

## Middle District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside for four (4) months in a community corrections center effective immediately following his sentence of imprisonment and shall abide by the rules of the facility.**

Witness: _Larry Briggs #361_
Larry Briggs, Case Manager

Signed: _____
Robert Kaufmann, Defendant

May 3, 2005
Date