# UNITED STATES DISTRICT COURT
for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Robert Kaufmann                    Docket No. 1:CR-01-342-01

### Petition on Probation and Supervised Release

COMES NOW Julie M. Persinger     PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Robert Kaufmann, who was placed on supervision by the Honorable William W. Caldwell sitting in the court at Harrisburg on the 2nd day of December, 2002, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay any balance of the fine imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of not less than $25.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Kaufmann has been unable to pay the full amount of the fine ($900) imposed by the Court and a balance of $550 remains. Mr. Kaufmann's employment has been sporadic and he has occasionally missed a payment; however, it is believed that he has made monthly fine payments in accordance with his ability to pay, and in all other ways he has been compliant. Mr. Kaufmann has signed an Agreement (copy attached) to continue paying the fine should the Court permit his term of supervision to expire. The Government has no objection to allowing Mr. Kaufmann's term of supervision to expire with the signed Agreement.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's term of supervised release be permitted to expire on June 12, 2007, without further action of the Court.

ORDER OF COURT

Considered and ordered this 11th day of June, 2007 and ordered filed and made a part of the records in the above case.

William W. Caldwell
U.S. District Judge

FILED
HARRISBURG, PA
JUN 1 1 2007
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Respectfully,

Julie M. Persinger
U.S. Probation Officer

Place   Harrisburg, PA

Date   June 6, 2007

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) Criminal No.: 1:CR-01-342-01 |
| | ) |
| **ROBERT D. KAUFMANN** | ) |

## AGREEMENT REGARDING UNPAID FINE

The following Agreement is entered into by

**ROBERT D. KAUFMANN**

defendant in the above-captioned case, in recognition of his obligations to the Court based upon the offense charged at the above-captioned number and the judgment and commitment entered by the Honorable William W. Caldwell in the above-captioned matter. In recognition of his obligation, and fully intending to be legally bound, the defendant acknowledges as follows:

1. On December 20, 2002, the defendant was sentenced based on his conviction at the above-captioned criminal number and directed by this Court, as a condition of supervision, to pay a fine in the amount of $900 during a period of supervision of two years that began on June 13, 2005.

2. The defendant acknowledges that he has failed to comply fully with the fine portion of his sentence and that he presently owes the amount of **$550**.

3. The United States has determined that in consideration of the defendant agreeing to fulfill his fine obligation under the above-described sentence, no opposition will be made in allowing the defendant's supervised release to expire as originally set by the Court. The defendant realizes that his failure to pay the above fine obligation could form a basis for the revocation of supervised release and resentencing by District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon assets owned by the defendant, the defendant agrees to make minimum monthly fine payments of $25 payable to Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108, payments to be made between the first and fifteenth day of each month. Further, the defendant agrees that if he moves from his residence at 25 S. 4th St. #7, Harrisburg, PA 17101, he will notify the Clerk, U.S. District Court.

5. The defendant further agrees and confesses judgment for the total unpaid fine due the Government and authorizes the Government to enter judgment against him for said amount in any appropriate Court for the full amount. It is the defendant's intention that he be bound by this confession of judgment and that the judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

_____
ROBERT D. KAUFMANN, Defendant

_____
WITNESS

Sworn to and subscribed before
me this _____ day of
_____, 2007.

_____
Deputy Clerk